WILCOX *v.* CITY OF ELBERTON.

SIMMONS, C. J. Under the facts disclosed by the record, the court did not abuse its discretion in refusing the injunction prayed for. It was error, however, to dismiss the petition on the interlocutory hearing for a temporary injunction, no demurrer having been filed thereto. *Gullatt* v. *Thrasher*, 42 *Ga.* 429. Direction is accordingly given that the case be reinstated. *Judgment affirmed, with direction. All the Justices concurring.*

Argued June 8, — Decided July 24, 1899.

Petition for injunction. Before Judge Reese. Elbert superior court. March term, 1899.

*J. N. Worley*, for plaintiff. *I. C. Van Duzer*, for defendant.

---

ATLANTIC CONTRACTING COMPANY *v.* HYDE, administrator.

LUMPKIN, P. J. Where a verdict is returned in favor of a plaintiff and a judgment is duly entered thereon, and he subsequently accepts from the defendant payment of the amount therein specified in full settlement of the judgment, the case is at an end, and it is too late to thereafter file an "extraordinary" motion for a new trial on the ground of newly discovered evidence tending merely to show that the recovery should have been in a larger amount. *Judgment reversed. All the Justices concurring.*

Argued June 3, — Decided July 25, 1899.

Complaint. Before Judge Norwood. City court of Savannah. January 9, 1899.

*Lester & Ravenel*, for plaintiff in error. *William P. Hardee*, contra.